UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ISIOM BURROUGHS )<br>               Plaintiff, )<br>v. )<br>)<br>COMMISSION OF SOCIAL SECURITY, )<br>)<br>               Defendant. ) | **JUDGMENT**<br>No. 5:24-cv-00663-M-RN |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 24, 2025 and for the reasons set forth more specifically therein, this case is dismissed.

**This Judgment Filed and Entered on April 24, 2025, and Copies To:**
Isiom Burroughs (via US mail) 3018 Wedgewood Drive, Fayetteville, NC 28301.

April 24, 2025                    PETER A. MOORE, JR. CLERK

                                               /s/ Tyjuana Griffin
                                             (By) Tyjuana Griffin, Deputy Clerk